# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION
## Case No.: 3:18-cv-02106-JMC

| | |
|---|---|
| Ronnie Portee,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Apple Incorporated;<br>Asurion Protection Services, LLC;<br>Clover Wireless, LLC;<br>Sprint Corporation;<br>Sprint Solutions, Inc.;<br>Valutech Outsourcing, S.A. De C.V.;<br>Valu Tech Outsourcing, LLC; and<br>John Does 1-10<br><br>　　　　　　　　　　Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　　Having agreed to compromise and to settle the above-captioned case, the parties hereby

STIPULATE AS FOLLOWS:

　　A.　　The above-captioned lawsuit is hereby DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1)(B);

　　B.　　The parties shall be responsible for their respective attorney's fees, court costs, and expenses of the litigation.

**SO STIPULATED:**

| | |
|---|---|
| Motley Rice LLC | Murphy & Grantland, P.A. |
| *s/ John David O'Neill* | *s/ E. Raymond Moore, III* |
| Kevin R. Dean, Esquire (Fed ID 8046)<br>Patrick Graham Maiden (Fed ID 12271)<br>John David O'Neill, Esquire (Fed ID 12472)<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29465<br>Phone: 843.216.9152<br>Fax: 843.216.9450<br>Email: kdean@motleyrice.com<br>jdoneill@motleyrice.com<br>*Attorneys for Plaintiff* | E. Raymond Moore, III (Fed ID 6797)<br>P.O. Box 6648<br>Columbia, SC 29260<br>Phone: 803-782-4100<br>Fax: 803-782-4140<br>Email: ermoore@murphygrantland.com<br>*Attorneys for Defendants Clover Wireless, LLC; Valutech Outsourcing, S.A. De C.V.; and Valu Tech Outsourcing, LLC* |

**Case No.: 3:18-cv-02106-JMC**
**Stipulation of Dismissal with Prejudice**

| | |
|---|---|
| Hedrick Gardner Kincheloe and Garofalo LLP | Gallivan, White & Boyd, PA |
| *s/ Jonathan G. Roquemore* | *s/ Gray Culbreath* |
| Jonathan G. Roquemore, Esquire (Fed ID 9160) | Gray Culbreath, Esquire (FED ID 5647) |
| P.O. Box 11267 | P.O. Box 7368 |
| Columbia, SC 29211 | Columbia, SC 29202 |
| (803) 727-1205 | (803) 724-1850 |
| Email: jroquemore@hedrickgardner.com | gculbreath@gwblawfirm.com |
| *Attorneys for Apple Inc.* | *Attorneys for Asurion Protection Services, LLC; and Sprint Corp., Sprint Solutions, Inc.* |