AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronnie Portee, | | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.    3:18-02106-JMC |
| | ) | |
| 4L Technologies, Inc. and Clover Technologies Group, LLC | ) | |
| | ) | |
| *Defendants.* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: the Plaintiff shall take nothing of the Defendants, 4L Technologies, Inc. and Clover Technologies Group, LLC and this case is dismissed for lack of personal jurisdiction as to these named defendants.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having entered a consent order of dismissal as to defendants 4L Technologies, Inc. and Clover Technologies Group, LLC.

Date:    December 2, 2021

CLERK OF COURT

s/ Angie Snipes

*Signature of Clerk or Deputy Clerk*